UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| NANCY PRENTICE, | No. C 12-5856 MEJ |
| Plaintiff, | **ORDER RE: MEET & CONFER PROCEDURE** |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | |
| Defendant. | |

The Court is in receipt of Plaintiffs' counsel's request, filed May 2, 2013, regarding the in-person meet and confer requirement for discovery disputes in this case. (Dkt. No. 16.) Good cause appearing, the Court hereby GRANTS the parties' request to meet and confer by telephone and/or video conference. So as to ensure compliance with the spirit of the meet and confer requirement, the parties shall make a contemporaneous record of their meetings using a court reporter or electronic recording device. The parties should be mindful that the Court may re-instate the in-person meeting requirement if it determines that the alternative meetings are not fruitful.

**IT IS SO ORDERED.**

Dated: May 13, 2013

_____
Maria-Elena James
United States Magistrate Judge