B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
KARA A. ABELSON, State Bar No. 279320
kabelson@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:  (510) 433-2600
Facsimile:   (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY PRENTICE and COLIN HAUGHIN,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, a District of Columbia corporation,<br><br>Defendant. | Case No.  C12-05856 MEJ<br><br>ASSIGNED FOR ALL PURPOSES TO HONORABLE MARIA-ELENA JAMES<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES TO COMPLETE MEDIATION AND DISCOVERY, AND TO GRANT PLAINTIFFS' LEAVE TO FILE A FIRST AMENDED COMPLAINT** |

The parties by and through their attorneys of record hereby stipulate to the following:

1)  That the deadline to complete mediation currently set for May 24, 2013 be continued to **June 24, 2013**.  The parties have scheduled mediation with court-appointed mediator William Simmons for June 21, 2013 at 10:00 a.m.  The parties agree that due to scheduling conflicts, June 21, 2013 was the earliest mutually-available date that both Defendant and the mediator were available to conduct mediation.  Thus, a continuance of the mediation deadline is necessary to allow the parties to conduct mediation on June 21, 2013;

2)  That the deadline to complete all discovery, including expert discovery be

continued from July 9, 2013 to **August 8, 2013** to allow the parties sufficient time after mediation to conduct further discovery if the mediation is unsuccessful. Although the parties are hopeful this matter can be resolved through settlement at mediation, the parties are mindful that if the matter is not resolved, additional time may be required to complete expert discovery and possibly further non-expert discovery after mediation. ;

   3) That plaintiffs may file a first amended complaint ("FAC") in this action. Plaintiffs FAC must be filed and served within ten (10) days of the Court's order granting the Stipulation. Defendant's responsive pleading to the FAC must be filed and served within twenty (20) days after service of the FAC; and

   4) That Defendants be allowed to conduct an expedited IME of Plaintiffs with 15 days written notice provided that Plaintiffs be provided with a copy of any report or any other documents including, but not limited to, informal notes, generated by the doctor who conducts the IME prior to mediation on June 21, 2013.

Dated: May 16, 2013      MAJORS & FOX, LLP

               By: /s/ *Jonathan L. Gerber*
                 JONATHAN L. GERBER
                 Attorneys for Plaintiffs

Dated: May 16, 2013      LOMBARDI, LOPER & CONANT, LLP

               By: /s/ *Kara A. Abelson*
                 KARA A. ABELSON
                 Attorneys for Defendant

**ORDER**

WHEREAS, good cause exists for the relief requested herein, the Court hereby makes the foregoing Stipulation the Order of this Court.

**IT IS SO ORDERED:**

Dated: May 16, 2013                    _____

Honorable Maria-Elena James
Chief United States Magistrate Judge

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-42416 KAA 623384.1                - 3 -                Case No. C12-05856 MEJ
STIPULATION AND ORDER TO CONTINUE THE MEDIATION AND DISCOVERY DEADLINES