1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  KARA A. ABELSON, State Bar No. 279320
   kabelson@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
5  Telephone:     (510) 433-2600
   Facsimile:     (510) 433-2699

6
   Attorneys for Defendant
7  NATIONAL RAILROAD PASSENGER
   CORPORATION dba AMTRAK
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13 | NANCY PRENTICE and COLIN HAUGHIN, | Case No.  C12-05856 MEJ |
|---|---|
| Plaintiffs, | ASSIGNED FOR ALL PURPOSES TO HONORABLE MARIA-ELENA JAMES |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES TO COMPLETE MEDIATION AND DISCOVERY, AND TO GRANT PLAINTIFFS' LEAVE TO FILE A FIRST AMENDED COMPLAINT** |
| NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, a District of Columbia corporation, | |
| Defendant. | |

The parties by and through their attorneys of record hereby stipulate to the following:

1)     That the deadline to complete mediation currently set for May 24, 2013 be continued to **June 24, 2013**.  The parties have scheduled mediation with court-appointed mediator William Simmons for June 21, 2013 at 10:00 a.m.  The parties agree that due to scheduling conflicts, June 21, 2013 was the earliest mutually-available date that both Defendant and the mediator were available to conduct mediation.  Thus, a continuance of the mediation deadline is necessary to allow the parties to conduct mediation on June 21, 2013;

2)     That the deadline to complete all discovery, including expert discovery be

13249-42416 KAA 623384.1                                           Case No.  C12-05856 MEJ
STIPULATION AND ORDER TO CONTINUE THE MEDIATION AND DISCOVERY DEADLINES

continued from July 9, 2013 to **August 8, 2013** to allow the parties sufficient time after mediation to conduct further discovery if the mediation is unsuccessful. Although the parties are hopeful this matter can be resolved through settlement at mediation, the parties are mindful that if the matter is not resolved, additional time may be required to complete expert discovery and possibly further non-expert discovery after mediation. ;

    3)    That plaintiffs may file a first amended complaint ("FAC") in this action. Plaintiffs FAC must be filed and served within ten (10) days of the Court's order granting the Stipulation. Defendant's responsive pleading to the FAC must be filed and served within twenty (20) days after service of the FAC; and

    4)    That Defendants be allowed to conduct an expedited IME of Plaintiffs with 15 days written notice provided that Plaintiffs be provided with a copy of any report or any other documents including, but not limited to, informal notes, generated by the doctor who conducts the IME prior to mediation on June 21, 2013.

Dated: May 16, 2013　　　　　　　　　　MAJORS & FOX, LLP

By: /s/ *Jonathan L. Gerber*
　　　JONATHAN L. GERBER
　　　Attorneys for Plaintiffs

Dated: May 16, 2013　　　　　　　　　　LOMBARDI, LOPER & CONANT, LLP

By: /s/ *Kara A. Abelson*
　　　KARA A. ABELSON
　　　Attorneys for Defendant

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-42416 KAA 623384.1　　　　- 2 -　　　　Case No. C12-05856 MEJ
STIPULATION AND ORDER TO CONTINUE THE MEDIATION AND DISCOVERY DEADLINES

# ORDER

WHEREAS, good cause exists for the relief requested herein, the Court hereby makes the foregoing Stipulation the Order of this Court.

**IT IS SO ORDERED:**

Dated: May 16, 2013                    _____
                                       Honorable Maria-Elena James
                                       Chief United States Magistrate Judge

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

13249-42416 KAA 623384.1          - 3 -          Case No.  C12-05856 MEJ
STIPULATION AND ORDER TO CONTINUE THE MEDIATION AND DISCOVERY DEADLINES