B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
KARA A. ABELSON, State Bar No. 279320
kabelson@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:   (510) 433-2600
Facsimile:   (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY PRENTICE and COLIN HAUGHIN,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, a District of Columbia corporation,<br><br>Defendants. | Case No.  C 12-05856 MEJ<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR AN ORDER EXTENDING THE DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT |

Defendant National Railroad Passenger Corporation filed its Stipulated Request for Extension of Time for Defendant to Respond to Plaintiffs' First Amended Complaint on June 14, 2013.  WHEREAS, good cause exists for the relief requested, the Court hereby grants Defendant's Stipulated Request.  Defendant shall respond to Plaintiffs' First Amended Complaint no later than June 25, 2013.

IT IS SO ORDERED

Dated: __June 17, 2013__         _____

Honorable Maria-Elena James
Chief United States Magistrate Judge

---

1

ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO
PLAINTIFFS' FIRST AMENDED COMPLAINT

13249-42416 KAA 624473.1

Case No. C 12-05856 MEJ