1 | **MAJORS & FOX LLP**
Frank J. Fox SBN139147(Ca.)
2 | Lawrence J. Salisbury SBN179748(Ca.)
Andrew M. Greene SBN167386(Ca.)
3 | 401 West "A" Street, Suite 2350
San Diego, California 92101-7921
4 | Telephone: (619) 234-1000
Facsimile: (619) 234-1011
5 | Emails: fjfox@majorfox.com; lsalisbu@majorfox.com;
agreene@majorfox.com
6 |
**ATTORNEYS AGAINST ABUSE OF ELDERS**
7 | Mark Alan Redmond, Esq. SBN161520(Ca.)
Plaza Five-Fifty-Five
8 | 555 Capitol Mall, Suite 770
Sacramento, California 95814-4502
9 | Telephone: (916) 444-8240
Facsimile: (916) 438-1820
10 | Email: mr@markredmondlaw.com

11 | Attorneys for Plaintiffs Nancy Prentice and Colin Haughin

12 |

13 | UNITED STATES DISTRICT COURT

14 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

15 | SAN FRANCISCO DIVISION

16 | NANCY PRENTICE and COLIN HAUGHIN, | Case No. 3:12-cv-05856-MEJ

17 | Plaintiffs, | STIPULATION AND [PROPOSED]
ORDER RE DEFENDANT NATIONAL
18 | | RAILROAD PASSENGER
CORPORATION'S MOTION TO DISMISS
19 | v. | PLAINTIFFS' FIRST AMENDED
COMPLAINT AND PLAINTIFFS NANCY
20 | | PRENTICE'S AND COLIN HAUGHIN'S
NATIONAL RAILROAD PASSENGER | SECOND AMENDED COMPLAINT
21 | CORPORATION dba AMTRAK, a District of
Columbia corporation, | Date: August 1, 2013
22 | | Time: 10:00 a.m.
Courtroom: B, 15th Floor
23 | Defendant. | Judge: Hon. Maria-Elena James

24 | | Date Filed: November 15, 2012

25 |

26 | WHEREAS, Plaintiffs Nancy Prentice and Colin Haughin (together, "Plaintiffs") filed

27 | a first amended complaint on May 28, 2013, alleging facts that they believe support claims

28 | for gross negligence and punitive damages; and

1      WHEREAS, Defendant National Railroad Passenger Corporation ("AMTRAK") filed

2 a Motion to Dismiss Plaintiffs' First Amended Complaint (the "Motion to Dismiss") on

3 June 25, 2013 challenging the sufficiency of those allegations; and

4      WHEREAS, Plaintiffs believe that some of the arguments raised in that Motion to

5 Dismiss have merit and are more efficiently addressed by a further amendment to the

6 complaint and on that basis are willing to not oppose the Motion to Dismiss;

7      WHEREAS; Plaintiffs also only recently learned that AMTRAK is not the owner of

8 the infrastructure on which the accident giving rise to this complaint occurred and believe

9 that the owner, Union Pacific Railroad Company ("Union Pacific"), should be a party to this

10 action; and

11      WHEREAS, Defendants agree that a non-opposition to the Motion to Dismiss and a

12 stipulation to allow the filing of a second amended complaint to address issues raised by

13 the Motion to Dismiss and to name Union Pacific as a party to this action would be more

14 efficient for the parties and the Court;

15      NOW, THEREFORE, the parties hereby stipulate:

16     1.     Plaintiffs will not file an opposition to the pending Motion to Dismiss;

17     2.     The Motion to Dismiss will be taken off calendar;

18     3.     Plaintiffs will file their second amended complaint in the form attached

19 hereto;

20     4.     Defendant shall have 15 days from the entry of this Order to respond to the

21 second amended complaint. That response will be due on  Auugust 1, 2013   .

22

23 DATED: July 16, 2013             MAJORS & FOX LLP

24                          ATTORNEYS AGAINST ABUSE OF ELDERS

25

26                          By:      */s/Lawrence J. Salisbury*
                                     Lawrence J. Salisbury

27

28                          Attorneys for Plaintiffs Nancy Prentice and
                         Colin Haughin

MAJORS & FOX LLP
Pacific Western Bank Bldg.
401 West "A" St., Ste. 2350
San Diego, CA 92101
Telephone: (619) 234-1000
Facsimile: (619) 234-1011

- 2 -

1  DATED:  July 16, 2013                    MAJORS & FOX LLP

2                                           LOMBARDI, LOPER & CONANT, LLP

3

4                                           By:_____/s/Kara A. Abelson_____
                                                      Kara A. Abelson
5
                                            Attorneys for Defendant National Railroad
6                                           Passenger Corporation

7

8                                    __ORDER__

9       WHEREAS, good cause exists for the relief requested herein, the Court hereby

10  makes the foregoing Stipulation the Order of this Court.

11      **IT IS SO ORDERED.**

12

13  Dated:   July 17, 103          _____
                                            Honorable Maria-Elena James
14                                    ~~CHIEF~~ UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MAJORS & FOX LLP
Pacific Western Bank Bldg.
401 West "A" St., Ste. 2350
San Diego, CA 92101
Telephone: (619) 234-1000
Facsimile: (619) 234-1011