**MAJORS & FOX LLP**
Frank J. Fox SBN139147(Ca.)
Lawrence J. Salisbury SBN179748(Ca.)
Andrew M. Greene SBN167386(Ca.)
401 West "A" Street, Suite 2350
San Diego, California 92101-7921
Telephone: (619) 234-1000
Facsimile: (619) 234-1011
Emails: fjfox@majorfox.com; lsalisbu@majorfox.com;
agreene@majorfox.com

**ATTORNEYS AGAINST ABUSE OF ELDERS**
Mark Alan Redmond, Esq. SBN161520(Ca.)
Plaza Five-Fifty-Five
555 Capitol Mall, Suite 770
Sacramento, California 95814-4502
Telephone: (916) 444-8240
Facsimile: (916) 438-1820
Email: mr@markredmondlaw.com

Attorneys for Plaintiffs Nancy Prentice and Colin Haughin

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NANCY PRENTICE and COLIN HAUGHIN, | Case No. 3:12-cv-05856-MEJ |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER RE DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND PLAINTIFFS NANCY PRENTICE'S AND COLIN HAUGHIN'S SECOND AMENDED COMPLAINT |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, a District of Columbia corporation, | Date: August 1, 2013<br>Time: 10:00 a.m.<br>Courtroom: B, 15th Floor |
| Defendant. | Judge: Hon. Maria-Elena James |
| | Date Filed: November 15, 2012 |

WHEREAS, Plaintiffs Nancy Prentice and Colin Haughin (together, "Plaintiffs") filed a first amended complaint on May 28, 2013, alleging facts that they believe support claims for gross negligence and punitive damages; and

1 WHEREAS, Defendant National Railroad Passenger Corporation ("AMTRAK") filed a Motion to Dismiss Plaintiffs' First Amended Complaint (the "Motion to Dismiss") on June 25, 2013 challenging the sufficiency of those allegations; and

WHEREAS, Plaintiffs believe that some of the arguments raised in that Motion to Dismiss have merit and are more efficiently addressed by a further amendment to the complaint and on that basis are willing to not oppose the Motion to Dismiss;

WHEREAS; Plaintiffs also only recently learned that AMTRAK is not the owner of the infrastructure on which the accident giving rise to this complaint occurred and believe that the owner, Union Pacific Railroad Company ("Union Pacific"), should be a party to this action; and

WHEREAS, Defendants agree that a non-opposition to the Motion to Dismiss and a stipulation to allow the filing of a second amended complaint to address issues raised by the Motion to Dismiss and to name Union Pacific as a party to this action would be more efficient for the parties and the Court;

NOW, THEREFORE, the parties hereby stipulate:

1. Plaintiffs will not file an opposition to the pending Motion to Dismiss;

2. The Motion to Dismiss will be taken off calendar;

3. Plaintiffs will file their second amended complaint in the form attached hereto;

4. Defendant shall have 15 days from the entry of this Order to respond to the second amended complaint. That response will be due on __Auugust 1, 2013__.

DATED: July 16, 2013

MAJORS & FOX LLP
ATTORNEYS AGAINST ABUSE OF ELDERS

By: ___/s/Lawrence J. Salisbury___
      Lawrence J. Salisbury

Attorneys for Plaintiffs Nancy Prentice and Colin Haughin

MAJORS & FOX LLP
Pacific Western Bank Bldg.
401 West "A" St., Ste. 2350
San Diego, CA 92101
Telephone: (619) 234-1000
Facsimile: (619) 234-1011

- 2 -

Stipulation and Order re Motion to Dismiss and Second Amended Complaint     3:12-cv-05856-MEJ

1 | DATED: July 16, 2013            MAJORS & FOX LLP

2 |                                  LOMBARDI, LOPER & CONANT, LLP

3 |

4 |                                  By:    /s/Kara A. Abelson
                                            Kara A. Abelson
5 |
                                   Attorneys for Defendant National Railroad
6 |                                Passenger Corporation

7 |

8 |                                  **ORDER**

9 |   WHEREAS, good cause exists for the relief requested herein, the Court hereby

10 | makes the foregoing Stipulation the Order of this Court.

11 | **IT IS SO ORDERED.**

12 |

13 | Dated: _July 17, 103_____     _____
                                        Honorable Maria-Elena James
14 |                                    ~~CHIEF~~ UNITED STATES MAGISTRATE JUDGE

MAJORS & FOX LLP
Pacific Western Bank Bldg.
401 West "A" St., Ste. 2350
San Diego, CA 92101
Telephone: (619) 234-1000
Facsimile: (619) 234-1011

- 3 -

Stipulation and Order re Motion to Dismiss and Second Amended Complaint      3:12-cv-05856-MEJ