**MAJORS & FOX LLP**
Frank J. Fox SBN139147(Ca.)
Lawrence J. Salisbury SBN179748(Ca.)
Andrew M. Greene SBN167386(Ca.)
401 West "A" Street, Suite 2350
San Diego, California 92101-7921
Telephone: (619) 234-1000
Facsimile: (619) 234-1011
Emails: fjfox@majorfox.com; lsalisbu@majorfox.com;
        agreene@majorfox.com

**ATTORNEYS AGAINST ABUSE OF ELDERS**
Mark Alan Redmond, Esq. SBN161520(Ca.)
Plaza Five-Fifty-Five
555 Capitol Mall, Suite 770
Sacramento, California 95814-4502
Telephone: (916) 444-8240
Facsimile: (916) 438-1820
Email: mr@markredmondlaw.com

Attorneys for Plaintiffs Nancy Prentice and Colin Haughin

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY PRENTICE and COLIN HAUGHIN, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, a District of Columbia corporation; UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, <br><br> Defendant. | Case No. 3:12-cv-05856-MEJ <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DEADLINE TO COMPLETE MEDIATION <br><br> Date:      August 1, 2013 <br> Time:      10:00 a.m. <br> Courtroom: B, 15th Floor <br> Judge:     Hon. Maria-Elena James <br><br> Date Filed: November 15, 2012 |

WHEREAS, on or about January 25, 2013, the parties stipulated to a Court-ordered mediation in this case; and

WHEREAS, the Court appointed William Simmons as mediator in response to the parties' stipulation; and

WHEREAS, the mediator, with input from the parties, scheduled mediation for July 19, 2013, to allow the parties enough time to complete the discovery necessary to make the mediation meaningful; and

WHEREAS, after investigation and discovery by Plaintiffs, the parties stipulated to the filing of an amended complaint to allow Plaintiffs to assert a claim for punitive damages and to allow Defendant the opportunity to challenge that assertion by a motion under Rule 12; and

WHEREAS, on or about July 16, 2013, the parties entered into a stipulation to allow Plaintiffs a further opportunity to amend the complaint in light of the issues raised by Defendant's Rule 12 motion; and

WHEREAS, as part of that process Plaintiffs have added an additional defendant, ; Union Pacific Railroad Company; and

WHEREAS, until the pending second amended complaint is at issue, the parties agree that the currently scheduled mediation is premature; and

WHEREAS, after discussion with the parties, Mr. Simmons also agrees that the mediation is premature at this time.

NOW, THEREFORE, in light of the foregoing, the parties stipulate as follows:

1. The mediation currently scheduled for July 19 is hereby continued until a mutually agreeable date in October, 2013.

2. The mediation completion date is hereby continued until November 1, 2013.

DATED:  July 17, 2013                    MAJORS & FOX LLP
                                         ATTORNEYS AGAINST ABUSE OF ELDERS


                                         By:_____/s/Lawrence J. Salisbury_____
                                                    Lawrence J. Salisbury

                                         Attorneys for Plaintiffs Nancy Prentice and
                                         Colin Haughin

///

MAJORS & FOX LLP
Pacific Western Bank Bldg.
401 West "A" St., Ste. 2350
San Diego, CA  92101
Telephone:  (619) 234-1000
Facsimile:  (619) 234-1011

- 2 -
Stipulation and Order to Continue Deadline to Complete Mediation          3:12-cv-05856-MEJ

1 DATED: July 17, 2013     MAJORS & FOX LLP

2     LOMBARDI, LOPER & CONANT, LLP

4     By:    /s/Kara A. Abelson
                    Kara A. Abelson

6 Attorneys for Defendant National Railroad Passenger Corporation

## ORDER

WHEREAS, good cause exists for the relief requested herein, the Court hereby makes the foregoing Stipulation the Order of this Court.

**IT IS SO ORDERED.**

Dated: July 18, 2013

           Honorable Maria-Elena James
           UNITED STATES MAGISTRATE JUDGE

MAJORS & FOX LLP
Pacific Western Bank Bldg.
401 West "A" St., Ste. 2350
San Diego, CA 92101
Telephone: (619) 234-1000
Facsimile: (619) 234-1011

**PROOF OF SERVICE**

I under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made, over the age of 18 years and not a party to this action; my business address is 401 West "A" Street, Suite 2350, San Diego, CA 92101. On July 17, 2013, I served the following:

**STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DEADLINE TO COMPLETE MEDIATION**

as designated below and addressed as follows:

**SEE ATTACHED SERVICE LIST**

_____ **(By Mail)** I placed a copy of each document in an envelope for each addressee, sealed each envelope and, with postage thereon, fully prepaid, placed each envelope for deposit with the U.S. Postal Service at San Diego, CA.

_____ **(By Overnight Delivery)** I placed a copy of each document in an overnight delivery package for each addressee, sealed each package and, with delivery fees fully provided for, placed each package for deposit in a box regularly maintained by the overnight delivery service at San Diego, CA.

_____ **(By Electronic Delivery)** Pursuant to written consent of the parties, I transmitted each document to each addressee at the facsimile number or email address listed on the attached Service List. Confirmation of receipt was received from each addressee's facsimile machine or email address.

_____ **(By Personal Delivery)** I personally delivered a copy of each document, or provided a copy of each document to a messenger and instructed him/her to personally deliver the copies, to each addressee by leaving copies at the address listed on the attached service list with a person in charge or in a conspicuous place.

__XX__ **(Through the Court's CM/ECF System)** Each document was filed through the Court's CM/ECF service and each party or the party's attorney is a registered user of that service. Immediately after filing, I received a Notice of Electronic Filing which indicated that all registered parties were served through the Court's CM/ECF service.

Executed this same day at San Diego, California.

| Rae T. Barzona | /s/ Rae T. Barzona |
|---|---|
| Type or Print Name | Signature |
| | (original signature retained by attorney |
| | Andrew M. Greene) |

MAJORS & FOX LLP
Pacific Western Bank Bldg.
401 West "A" St., Ste. 2350
San Diego, CA 92101
Telephone: (619) 234-1000
Facsimile: (619) 234-1011

## SERVICE LIST

| | |
|---|---|
| B. Clyde Hutchinson, Esq.<br>Kara A. Abelson, Esq.<br>LOMBARDI, LOPER & CONANT, LLP<br>1999 Harrison Street, Suite 2600<br>Oakland, California 94612-3541<br>Phone: (510) 433-2600; Fax: (510) 433-2699<br>Email: bch@llcllp.com | Attorneys for Defendant National Railroad Passeger Corporation dba AMTRAK |
| Mark A. Redmond, Esq.<br>The Law Offices of Mark A. Redmond<br>Plaza Five-Fifty-Five<br>555 Capitol Mall, Suite 770<br>Sacramento, California 95814-4502<br>Phone: (916) 444-8240; Fax: (916) 444-8242<br>Email: mr@markredmondlaw.com | Attorneys for Plaintiffs Nancy Prentice and Colin Haughin |

MAJORS & FOX LLP
Pacific Western Bank Bldg.
401 West "A" St., Ste. 2350
San Diego, CA  92101
Telephone:  (619) 234-1000
Facsimile: (619) 234-1011

- 5 -

Stipulation and Order to Continue Deadline to Complete Mediation            3:12-cv-05856-MEJ