B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
KARA A. ABELSON, State Bar No. 279320
kabelson@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY PRENTICE and COLIN HAUGHIN,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, a District of Columbia corporation,<br><br>Defendants. | Case No.  C 12-05856 MEJ<br><br>ASSIGNED FOR ALL PURPOSES TO HONORABLE MARIA-ELENA JAMES<br><br>**STIPULATION AND [PROPOSED] ORDER  EXTENDING DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S DEADLINE TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |

## STIPULATION

Plaintiffs Nancy Prentice and Colin Haughin and Defendant National Railroad Passenger Corporatio ("Amtrak"), by and through their attorneys of record, hereby stipulate to extend the deadline for Defendant National Railroad Passenger Corporation to file an answer to Plaintiffs' Second Amended Complaint to **August 8, 2013.**  Defendant Amtrak requests that such extension be granted by the Court because Defendant requires additional time to research the factual allegations raised in the Second Amended Complaint and resolve whether Amtrak is contractually obligated to indemnify newly named Defendant Union Pacific.

| | | |
|---|---|---|
| Dated: | August 1, 2013 | MAJORS & FOX, LLP |

By: /s/ *Lawrence Salisbury*
LAWRENCE SALISBURY
Attorneys for Plaintiffs

| | | |
|---|---|---|
| Dated: | August 1, 2013 | LOMBARDI, LOPER & CONANT, LLP |

By: /s/ *Kara A. Abelson*
KARA A. ABELSON
Attorneys for Defendant

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

13249-42416 KAA 624458.1      2      Case No.  C 12-05856 MEJ

STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO SECOND AMENDED COMPLAINT

**ORDER**

WHEREAS, good cause exists for the relief requested herein, the Court hereby makes the foregoing Stipulation the Order of this Court.

**IT IS SO ORDERED:**

Dated: __August 1, 2013__      _____

Honorable Maria-Elena James
Chief United States Magistrate Judge