UNITED STATES  DISTRICT COURT

Northern District of California

NANCY PRENTICE,

     Plaintiff,

  v.

NATIONAL RAILROAD PASSENGER
CORPORATION,

     Defendant.
_____/

No. C 12-5856 MEJ

**ORDER VACATING PRETRIAL AND
TRIAL DATES**

  On February 5, 2013, the Court issued a Case Management Order in this matter, which set a dispositive motion deadline of August 8, 2013, and a trial date of January 13, 2014.  However, as no motions were filed by the deadline and Plaintiff only recently filed a Second Amended Complaint, the Court VACATES all pretrial and trial dates.  The parties shall file a joint case management report by September 5, 2013.

  **IT IS SO ORDERED.**

Dated: August 12, 2013

           _____
           Maria-Elena James
           United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**