# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY PRENTICE, et al.,<br>        Plaintiffs,<br>    v.<br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br>        Defendants. | Case No.  12-cv-05856-MEJ<br><br>**ORDER VACATING PRETRIAL AND TRIAL DATES** |

On June 25, 2014, the parties in this case filed a stipulation to extend certain pretrial deadlines.  Dkt. No. 57.  As Defendants have filed a Motion for Partial Summary Judgment, and the deadlines proposed by the party allow little time for the Court to prepare for the pretrial conference, the Court hereby VACATES all pretrial and trial deadlines pending resolution of Defendants' motion.  The Court shall issue a revised pretrial and trial schedule after ruling on Defendants' motion.

    **IT IS SO ORDERED.**

Dated: June 25, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge