UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY PRENTICE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>    Defendants. | Case No.  12-cv-05856-MEJ<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 51 |

This matter is currently scheduled for a hearing regarding Defendants' Motion for Summary Judgment on July 24, 2014.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the July 24 hearing.  The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: July 23, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge